UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MINNIE SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-274 |
| | ) | |
| OAKS SENIOR LIVING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

*Pro se* plaintiff Minnie Simmons filed a Complaint alleging that her former employer, defendant Oaks Senior Living, LLC, discriminated against her on the basis of her age and retaliated against her. *See generally* doc. 1. The District Judge denied her request to proceed *in forma pauperis*, doc. 7, and she paid the required filing fee, *see* docket entry dated January 13, 2023. Although Simmons submitted summonses when she filed her Complaint, *see* doc. 3, there is no indication that the Clerk issued the summonses, *see generally* docket. Since Simmons has now paid the filing fee, the Clerk is **DIRECTED** to issue the summonses pursuant to his standard procedure, upon request from Simmons. *See* Fed. R. Civ. P. 4(b). Since Simmons is not proceeding *in forma pauperis*,

she is responsible for serving the defendant. *Compare* Fed. R. Civ. P. 4(c)(1), *with* Fed. R. Civ. P. 4(c)(3); *see also* Fed. R. Civ. P. 4(m).

**SO ORDERED**, this 19th day of January, 2023.

/s/ Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA