IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MINNIE SIMMONS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 4:22-cv-274 |
| OAKS SENIOR LIVING, LLC, | |
| Defendant. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 4, 2024, Report and Recommendation, (doc. 34), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 27.) Defendant's Motion to Dismiss is **DISMISSED** as moot. (Doc. 28.) The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 25th day of April, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA